IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        -v-                                        26-MC-6001

One (1) White 2020 RAM 1500,
VIN: 1C6SRFJT6LN187737

                    Defendant.

---

## STIPULATION TO EXTEND PLAINTIFF'S TIME
## TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

**IT IS HEREBY STIPULATED** and agreed upon between and among the United States of America by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, and James D. Doyle, Esq., counsel for Jose Lugo-Adorno, that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture is extended **from February 26, 2026 to May 26, 2026**.

The parties to this Stipulation further agree that Jose Lugo-Adorno may revoke his consent to this extension; and that in the event of such a revocation, then the government shall have twenty (20) days from the date the government received written notice of such action to file its Verified Complaint for Forfeiture.

A party's electronic signature and/or e-mailed signature of this Stipulation will be valid and sufficient to bind any such party to this Stipulation and will have the same force and effect as an original signature.

1

DATED: Rochester, New York, February    20, 2026.


                                        MICHAEL DIGIACOMO
                                        United States Attorney


Dated: ___2/20/2026___


                                        _____
                                        Mary Clare Kane
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Western District of New York
                                        138 Delaware Avenue
                                        Buffalo, New York 14202
                                        (716) 843-5809
                                        Mary.Kane@usdoj.gov


Dated: 02|18|2026

                                        James D. Doyle, Esq.
                                        Law Office of James D. Doyle
                                        1325 Long Pond Road
                                        Rochester, NY 14626
                                        (585) 723-0480
                                        jdd@jddoyle.com
                                        Attorney for Jose Lugo-Adorno


2